United States District Court
Southern District of Texas
**ENTERED**
March 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA ZELLNER FING, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-03967 |
| | § | |
| WOODBRANCH MANAGEMENT, INC., | § | |
| *Defendant*. | § | |

## **MEMORANDUM AND RECOMMENDATION**

Plaintiff, who is proceeding pro se, filed a Complaint in this Court against Woodbranch Management, Inc. on October 18, 2023.[1] ECF 1. The docket reflects that summons was issued and delivered to Plaintiff. To date, Plaintiff has not filed proof of proper service and Defendant has not appeared. Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiff's 90-day period expired on January 16, 2024.

The Court issued a Scheduling and Docket Control Order and set an Initial Pretrial Conference for February 12, 2024. ECF 3; ECF 4. The February 12, 2024

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 2.

conference was rescheduled for March 19, 2024 because there was no proof of service on the docket and Defendant had not appeared. ECF 5. In the Order resetting the conference, the Court reminded Plaintiff of his "obligation to serve Defendant pursuant to Federal Rule of Civil Procedure 4" and warned that "[f]ailure to do so prior to the March 19, 2024 conference may result in a recommendation that this case be dismissed without prejudice for want of prosecution." ECF 5. Plaintiff did not appear at the March 19 initial conference, and he has taken no action to confirm that service has been completed or to request any relief from the Court. The Court therefore RECOMMENDS that this case be DISMISSED WITHOUT PREJUDICE for want of prosecution and failure to timely serve Defendant under Rule 4(m).

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on March 20, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge