United States District Court
Southern District of Texas
**ENTERED**
April 30, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA ZELLNER FING, | § § | CIVIL ACTION NO 4:23-cv-03967 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WOODBRANCH MANAGEMENT INC, | § § § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Joshua Zeller Fing, proceeding *pro se*, filed a Complaint against Defendant Woodbranch Management, Inc. on October 18, 2023. Dkt 1. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 2.

Pending is a Memorandum and Recommendation by Judge Bryan dated March 20, 2024. Dkt 6. She recommends that this case be dismissed without prejudice for want of prosecution because Plaintiff has taken no steps to effect service despite having been informed of his responsibility to do so.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Neither party filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 6.

This case is DISMISSED WITHOUT PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on April 30, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge